PAULINE WAGNER, an Infant, by ELIZABETH WAGNER, Her Guardian ad Litem, Respondent, v. HYGRADE MONUMENT WORKS, INC., Appellant.— Upon reargument, judgment and order unanimously affirmed, with costs. No opinion. Present

Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ. [See 211 App. Div. 869.]